**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**UNITED STATES COURTHOUSE
N.W. 4**$^{TH}$ **AND HARVEY, OKLAHOMA CITY, OKLAHOMA**

**STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE STEPHEN P. FRIOT
IN CHAMBERS - ROOM 3102**

**THURSDAY, FEBRUARY 2, 2017**

NOTICE TO ALL COUNSEL:  Local Rule 16.1 requires the filing of a Joint Status Report. The report must be filed not later than **Monday, January 30, 2017**.  The Status Report is a joint report to be initiated by counsel for plaintiff.  It should include a concise statement of the case to inform the court of the basic factual background and primary contentions of the parties. (LCvR16.1).

All counsel and pro se litigants are directed to familiarize themselves with Judge Friot's chambers procedures which may be found at http://www.okwd.uscourts.gov/files/jfriotrules.pdf. If you do not have internet access, the courtroom deputy will be happy to give you a copy of these chambers procedures.  You will be asked at the status and scheduling conference whether you have any questions about these chambers procedures.  Counsel should pay particular attention to the court's expectations, based on the Federal Rules of Civil Procedure and applicable case law, with respect to full and timely compliance with requirements with respect to Rule 26(a)(2)(B) reports from retained experts.

The disclosures required by Fed.R.Civ.P. 26(a)(1) must be made not later than seven days before the date of the status/scheduling conference.

Counsel whose offices are outside Oklahoma County and pro se parties who live outside Oklahoma County may attend the conference by telephone, **provided that appropriate arrangements are made at least 24 hours in advance by contacting Courtroom Deputy Lori Gray** (405-609-5502).

Counsel should carefully read and heed Sections 3 and 4 of the OBA Standards of Professionalism, approved by the OBA on April 20, 2006 (accessible at the OBA website).

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the Court Security Officer.
_____

<u>9:00 A.M.</u>

| | | |
|---|---|---|
| CIV-16-1171-F | Citizen Potawatomi Nation | Lloyd B. Miller<br>George J. Wright<br>Gregory M. Quinlan<br>Rebecca A. Patterson |
| | -vs- | |
| | Mary Smith, Principal Deputy Director, U.S. Indian Health Service; Sylvia Matthews Burwell, Secretary, U.S. Department of Health & Human Service; and United State of America | Robert Don Evans, Jr. |

_____

<u>9:15 A.M.</u>

| | | |
|---|---|---|
| CIV-16-1324-F | Kurstin Green | Douglas M. Gierhart |
| | -vs- | |
| | Sprouts Farmers Markets, Inc. | Julia A. Palmer<br>William S. Leach |

_____

<u>9:30 A.M.</u>

| | | |
|---|---|---|
| CIV-16-471-F | Comanche Nation of Oklahoma and Lorene Bowen, Elder and Enrolled Member of the Comanche Nation | Richard J. Grellner<br>John P. Racin |
| | -vs- | |
| | Jake Sharp and Charles Lance Ikner | Gary S. Pitchlynn |

_____

<u>9:45 A.M.</u>

| | | |
|---|---|---|
| CIV-16-830-F | Thomas E. Perez, Secretary of Labor, United States Department of Labor | Tina D. Davila |
| | -vs- | |
| | Larry Coffman, Centerpointe Resources, Inc., and Centerpointe Resources, Inc. 401(k) PSP & Trust | |

_____

<u>10:00 A.M.</u>

| | | |
|---|---|---|
| CIV-16-869-F | Margie M. Robinson, as the Personal Representative of the Estate of Christina Dawn Tahhahwah, Deceased | Woodrow K. Glass<br>Barrett T. Bowers<br>Geoffrey A. Tabor<br>Stanley M. Ward |
| | -vs- | |
| | The City of Lawton, Oklahoma, et al. | Kelea L. Fisher<br>Clay R. Hillis |

_____

<u>10:15 A.M.</u>

| | | |
|---|---|---|
| CIV-16-1221-F | Board of Education of Yukon Oklahoma Public Schools, an Independent School District and Statutory body corporate | Michael J. Blaschke<br>S. Randall Sullivan |
| | -vs- | |
| | Sysco USA II, LLC, a Delaware limited liability company, domesticated in Oklahoma and doing business exclusively in Oklahoma as Sysco Oklahoma | Jon Epstein<br>Nathaniel T. Haskins |