AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| ROBINSON | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. CIV-16-869-F |
| CITY OF LAWTON et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: JAMES L. JULIAN

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Lawton City Hall, 212 SW 9th Street, Lawton, Oklahoma | Date and Time: 08/24/2017 1:30 pm |
|---|---|

The deposition will be recorded by this method: Stenographic

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/19/2017

*CLERK OF COURT*

OR _____
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Margie Robinson
_____, who issues or requests this subpoena, are:
Barrett T. Bowers, Ward & Glass, LLP, 1601 36th Ave. NW, Ste. 100, Norman, OK 73072, barrett@wardglasslaw.com, (405) 727-7188

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. CIV-16-869-F

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named individual as follows:
By Certified mail, return receipt requested. See attached copy
of return receipt, delivered  on *(date)* 8/2/17 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 45.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/4/17

*Evelyn A. Williams*
Server's signature

Evelyn A. Williams
Printed name and title

WARD AND GLASS, LLP
1601 36TH Street NW, Suite 100
Norman, Oklahoma 73072

Additional information regarding attempted service, etc.:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James L. Julian
3029 NE Cimarron Trail
Lawton, OK
73507

TAH

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: AUG -2 2017 LAWTON, OK 73501-9728]

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 0600 0001 0399 6702

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70130600000103996702

▶ ▶ ) **Delivered**

## Product & Tracking Information

See Available Actions

**Postal Product:**     **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| August 2, 2017, 8:40 am | Delivered | LAWTON, OK 73501 |

Your item was delivered at 8:40 am on August 2, 2017 in LAWTON, OK 73501.

Reminder to Schedule Redelivery of your item

| | | |
| --- | --- | --- |
| July 22, 2017, 12:05 pm | Notice Left (No Authorized Recipient Available) | LAWTON, OK 73507 |
| July 21, 2017, 5:31 pm | Departed USPS Regional Facility | OKLAHOMA CITY OK DISTRIBUTION CENTER |

See More ∨

## Available Actions

**Text Updates**     ∨

**Email Updates**     ∨

See Less ∧

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)