# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARGIN M. ROBINSON, as the Personal Representative of the Estate of Christina Dawn Tahhahwah, Deceased,<br><br>           Plaintiff,<br>vs.<br><br>THE CITY OF LAWTON, OKLAHOMA, *et. al.*<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No: CIV-16-869-F<br>)<br>)<br>)<br>)<br>) |

Note: Plaintiff's name on document is "MARGIE M. ROBINSON".

## DEFENDANTS' JOINT EXPERT WITNESS LIST

Defendant, the City of Lawton by and through counsel of record, Kelea L. Fisher, Lawton City Attorney's Office, and Defendants Gordon, Jenkins, Adamson, Short, Turner, McMillion, Halligan, Fisher, Carney, and Quisenberry by and through their attorney Clay R. Hillis (herein referred to as Defendants), hereby designate the following expert witnesses pursuant to the Scheduling Order of October 13, 2017 [Doc.51].

## EXPERT WITNESS

| NO. | NAME & ADDRESS | TESTIMONY |
|---|---|---|
| 1. | Dr. Reade Quinton<br>2355 N. Stemmons Fwy.<br>Dallas, Texas 75207 | Forensic Pathology Expert. He is expected to testify as to his review of decedent's (Christina Tahhahwah's) medical records, jail surveillance, autopsy reports, and photos. He is further expected to testify as to decedent's cause of death. |
| 2. | All expert witness endorsed by Plaintiff, not objected to by Defendants. | |
| 3. | Any other expert witnesses deemed necessary for rebuttal and impeachment purposes. | |

| 4. | Defendants reserve the right to amend this list as discovery is ongoing. | |

Defendants specifically reserve the right to amend, supplement, and/or modify their list of expert witnesses as discovery is still ongoing.

Respectfully submitted this 9th day of May, 2018.

                                            s/Kelea L. Fisher
                                            KELEA L. FISHER, OBA# 18703
                                            DEPUTY CITY ATTORNEY
                                            212 SW 9th Street
                                            Lawton, Oklahoma 73501
                                            Telephone: (580) 581-3320
                                            Facsimile: (580) 581-3539
                                            kfisher@lawtonok.gov
                                            *Attorney for Defendant City of Lawton*


                                            /s Clay R. Hillis
                                            Clay R. Hillis, OBA #15558
                                            602 S.W. D Avenue
                                            Lawton, OK 73501
                                            Telephone: (580) 248-1100
                                            Facsimile: (580) 248-1191
                                            clayhillis@yahoo.com
                                            *Attorney for Defendants Gordon, Jenkins, Halligan, Adamson, Quisenberry, Fisher, Sellers, Short, Turner and McMillion*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Woodrow K. Glass, Stanley M. Ward, Barrett T. Bowers,
and Geoffrey A. Tabor
1601 36th Avenue NW
Norman, Oklahoma 73072
Telephone: (405) 360-9700
Facsimile: (405) 360-7902
woody@wardglasslaw.com
rstermer@wardglass.com
barrett@wardglass.com
geoffrey@wardglass.com
*Attorneys for Plaintiff*

                                        s/Kelea L. Fisher
                                        Kelea L. Fisher