IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) MARGIE M. ROBINSON,          )
as the Personal                   )
Representative of the             )
Estate of Christina Dawn          )
Tahhahwah, Deceased,              )   No. CIV-16-869-F
                                  )
    Plaintiff,                    )
                                  )
-vs-                              )
                                  )
(1) THE CITY OF LAWTON,           )
OKLAHOMA, et al.                  )
                                  )
    Defendants.                   )


DEPOSITION OF STACEY McMILLION

TAKEN ON JULY 5, 2018

ON BEHALF OF THE PLAINTIFF

IN LAWTON, OKLAHOMA

COMMENCING AT 9:22 A.M.

```
 1      Q.    I understand.
 2      A.    They were just talking.  There wasn't
 3   any sign of any problem.
 4      Q.    Was Christina sitting up straight?
 5      A.    She was sitting up against the bars.
 6      Q.    Do you recall if she was leaned
 7   forward?
 8      A.    No, she was not, because I can remember
 9   seeing her just sitting back.
10      Q.    Do you think that she was scooted out,
11   in other words her bottom had scooted out from
12   the --
13      A.    When I did a check?
14      Q.    Yes, ma'am.
15      A.    No, I don't recall that.  I don't
16   believe so.
17      Q.    Do you remember checking for that?
18      A.    Not at that point, no.
19      Q.    Were you concerned that she might scoot
20   herself away from the bars?
21      A.    No.
22      Q.    That never crossed your mind?
23      A.    No.
24      Q.    So you did your inspection, you looked,
25   and then you had to do a civilian fingerprint,
```

```
 1    were still cuffed at ear level, and she was kind
 2    of just scooted out a little bit, but her back
 3    was up against it, but it wasn't very far, but
 4    her head was just kind of nodded down, like if
 5    you had fallen asleep.
 6        Q.    Where were her legs?
 7        A.    Out in front of her.
 8        Q.    So her legs were straight out --
 9        A.    They were straight out, yes.
10        Q.    Straight out in front of her, and her
11    bottom is kind of scooted out --
12        A.    But not very much, just enough to --
13        Q.    Scooted out a little from the bars of
14    the cell?
15        A.    Right.
16        Q.    And she was kind of slumped over, her
17    head was?
18        A.    No, she was not slumped over.  She was
19    -- she was -- had her shoulders up against the
20    bars, but her head was nodded down.
21        Q.    Okay.  Whenever -- who was the other
22    officer that was there?
23        A.    Lieutenant Sellers.
24        Q.    Sellers --
25        A.    And Stewart.
```