IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

MARGIE M. ROBINSON, as the      )
Personal Representative of the  )
Estate of Christina Dawn        )
Tahhahwah, Deceased,            )
                                )
    Plaintiff,                  )
                                )
-vs-                            )    No. CIV-16-869-F
                                )
THE CITY OF LAWTON, OKLAHOMA,   )
et al.,                         )
                                )
    Defendants.                 )

\* \* \* \* \*

DEPOSITION OF LINDSEY ADAMSON

TAKEN ON BEHALF OF THE PLAINTIFF

IN LAWTON, OKLAHOMA

ON AUGUST 17, 2017

COMMENCING AT 9:00 A.M.

\* \* \* \* \*

instaScript, L.L.C.
101 Park Avenue, Suite 910
Oklahoma City, Oklahoma  73102
405.605.6880
schedule@instascript.net

REPORTED BY:  BETH A. McGINLEY, CSR, RPR

Lindsey Adamson
8/17/2017

Page 146

```
 1    hundred percent.  I think -- I think it's all bars.
 2        Q    So this was a jail cell with all bars, it didn't
 3    have any concrete walls along the sides or the back?
 4        A    I don't --
 5        Q    Best -- best you can recall?
 6        A    I think the back has a concrete wall, but the
 7    sides and the front don't.
 8        Q    Okay.  So where the "X" is that you've drawn on
 9    the -- the diagram, there are bars in that jail cell?
10        A    Yes.
11        Q    Okay.  And Christina was sitting on the floor?
12        A    Yes.
13        Q    Do you recall if she was facing towards the
14    doorway of the jail cell?
15        A    No, I think her back was up against -- she was
16    sitting up against the bars.
17        Q    So if this is a concrete wall back here at the
18    bottom -- and I'm going to write on the bottom of the
19    page.
20             If this is a concrete wall at the bottom of the
21    page, is it your testimony that her back was against the
22    bars and she was facing the wall?
23        A    That's what I believe is the case, yes.
24        Q    Okay, fair enough.  Was she sitting upright?
25        A    She was.
```