```
Printed By:    ATTY                                                        PAGE:4
Printed Date: 02/14/2017
                              LAWTON POLICE DEPARTMENT
                                      BOOKING
                              Booking #: 201403214


                        ---------- Meal Information ----------

Meal #     Meal Date              Meal Type         Cost       Officer ID
1          11/13/2014 17:45       DINNER                       PAYTON, JEROME
2          11/14/2014 05:05       BREAKFAST                    CARNEY, TROY LEE
3          11/14/2014 10:30       LUNCH                        STEWART, COREY
                        ---------- Booking Narrative ----------
```

11/13/14 at approx 1430 Inmate Christina Tahhahwah began banging and kicking the bars and
bunk to the point that staff was concerned about her hurting herself
and we were getting calls from down stairs. I called Lt Sellers for back
up and inmate was placed in hand restraints at approx 1440. No
Injuries occurred to inmate or staff during this event. dh1887

11/14/2014 @ approx 0105 Inmate Tahhahwah was cuffed to bars to prevent injury to herself. This
was done with no incident to inmate or staff by Lt. Carney and Fisher. TF9261

11/14/2014 @ approx 0145 Inmate was released from cuffs. TF9261

11/14/2014 @ approx 0310 Inmate Tahhahwah was cuffed to the bars for hitting the bunk in her
cell without incident to herself or staff. TF9261

11/14/14 @ approx 0355 Inmate was relesased from cuffs with no incident to herself of
staff.TF9261

11/14/14 @ approx 0725 Inmate was cuffed to the bars to stop her from damaging
City property.  Inmate was hitting and kicking the top bunk hard enough
She could injure herself or damage property.>TDS 7697

11/14/14 @ approx 0815 Inmate was released form cuffs. She twisted her hands and it
appears to altering the blood flow to her hands.>TDS 7697

11/14/14 @ approx 1148 Inmate was cuffed to the bars to stop her from damaging
City property.  Inmate was hitting and kicking the top bunk hard enough
She could injure herself or damage property.>TDS 7697

11/14/14 1304Trustee in cell block 4 knocked on the door.  Staff was upfront and after The
3rd knock I went to the run and the trustee stated Inmate TahahwahChristina just stopped
talking.  I went back to the booking desk and told both jailer McMillion who was on the
phone and Jailer Stewart who was coming back into the jail after walking 2 civilians back
downstairs.  We Opened the cell, uncuffed the inmate and staff started checking for a
Pulse.  I informed dispatch on the radio and I went back to cell 26 Where we started chest
compressions.  Fire department arrived and took Control of the scene. Inmate was
transported to CCMH via ambulance. Medical released Tahhahwah, Christina she was admitted
to CCMH (55)

**EXHIBIT 4**

**Robinson v. City of Lawton**    COL  52
**CIV-16-869-F USDC Western District**