```
Printed By:    ATTY                                                              PAGE1
Printed Date:  12/09/2014
                               LAWTON POLICE DEPARTMENT
                                    Offense Report
                            INCIDENT NUMBER: 201411523-00


                               INCIDENT INFORMATION

Date Reported:    11/14/2014              Time: 1346
Report Officer:   9367 (KELLEY)
Reviewed By:      9886 (BLASENGAME)
Invest Officer:   9367 (KELLEY)
Date Occurred:    11/14/2014              Time:           1304
Location:   10 SW 4TH STREET              Pref:                         Apt:
City: LAWTON                              State: OK                     Zip: 73501-
Latest Poss Date:                         Time:
Associated Offense #:
Rpt District:     53                      Beat:           07            Shift:         2
Command Area:     01
Damage Prop:                              Stolen Property:              Stolen Vehicle:
Disposition:      CLOSED                  Disposition Date: 11/18/2014

                                      OFFENSES

Offense: LPD-7  (INCIDENT)
         IBR Code:      Att/Comp: C    UCR: 3007    UCR Arson:

                                       VICTIM

Name: TAHHAHWAH,CHRISTINA DAWN
Juvenile: NO
Address:     ████████████████      ELGIN, OK 73538
Bldg:        Apt #:
Contact: ██████████    SSN: ██████   DOB: ████████      Sex: F      Race: I
DL Number:             State:        Hgt: 5'10 Wgt: 350 Hair: BLK   Eyes: BRO
Employer:  NONE        Contact:
Emp Addr:
Bldg:        Apt #:
Aka:         CUDER BANG


                               WITNESS/INV PARTY

Invol Type: WITNESS                       Name: TOSTA,DARLA RAY ANN
Juvenile: NO
Address:   ████████████████      LAWTON, OK 73505
Bldg:        Apt #:
Contact: ██████████    SSN: ██████   DOB: ████████      Sex: F      Race: W
DL Number: ██████      State: OK     Hgt: 5'03 Wgt: 160 Hair: BRO   Eyes: GRN
Employer:  NONE        Contact:
Emp Addr:
Bldg:        Apt #:
Aka:         WALLER, DARLA RAYANN, WALLER, DARLA RAYANN


                                        CASE

Received Status:   CLOSED                 Date Assigned:
Current Status:    CLOSED                 Scheduled Review:
Investigators:
Supervisor:                               Date Reassigned:
Police Action:     CLEARED                Date Pol Action:   11/18/2014      EXHIBIT 6
Police Reason:
```

```
Printed By:    ATTY                                                    PAGE2
Printed Date:  12/09/2014
                              LAWTON POLICE DEPARTMENT
                                    Offense Report
                          INCIDENT NUMBER: 201411523-00

Prosecutor Action:                             Date Pros Action:
Reason Rejected:                               Date Reactivated:
Final Disposition:
```

*NARRATIVE*

I responded to the City Jail, when one of the Jailers got on the radio and called for a unit and a supervisor, fire and EMS.

When I arrived in the jail, the jailer were giving CPR to a female inmate, Christina Tahhahwah.

After Fire and EMS arrived, Tahhahwah was taken to CCMH. W-1 D. Tosta said she had been talking to Tahhahwah and Tahhahwah was talking to Tosta. Then after about five minutes Tahhahwah's hand was blue.

Tosta called Jailer's, who called for more help.

Kelley 114/9367-11/14/14

`````````````````````````````

On 11/14/2014 around 13:00 hours I was in DC Hines' office with Capt. Craig Akard and Capt. Cliff Blasengame. Capt. Blasengame heard something on his radio and took off out of the office running. Myself and DC Hines followed. Capt. Blasengame went to the jail on a call help. Once at the jail there were several officers already on the scene and I was notified that a female inmate was in her cell and possibly dead. I placed my firearm in the lockbox and went to the female dorm where I saw Christina Tahhahwah laying on the ground and she appeared to be unresponsive. EMS and LFD arrived on scene and took over rescue efforts. Ms. Tahhahwah was sent to Comanche County Memorial Hospital where she was admitted into ICU.

Capt. Richard L. Franz 12/6897-11/14/14

TP7454

*CASE NARRATIVE*

```
Case Number: 2014-11523
Date Assigned: 11/14/2014
Date of Follow-up: 11/17/2014
```

   On 11/14/2014 I received a call from Lt. Grimes with a request to respond to the City of Lawton Jail Section. Upon arrival I made contact with Captain Blasengame who briefed me on the incident. I took digital images of the cell in the female run. The cell was occupied by one person Christina Tahhahwah; the cell had medical supplies on the bottom bunk and floor. A pair of shoes were located on the cell floor that belonged to Tahhahwah. No other personal items were found in the cell. No items or swabs were collected from the cell.

   I responded to Comanche County Memorial Hospital and made contact with Lt. Johnson. I

```
Printed By:    ATTY                                                    PAGE3
Printed Date: 12/09/2014
                              LAWTON POLICE DEPARTMENT
                                    Offense Report
                         INCIDENT NUMBER: 201411523-00

took digital images of Tahhahwah was being worked on by medical staff in ER-15. No
lacerations could be found or signs of injuries on Tahhahwah. Tahhahwah was stabilized and
transported to ICU for further monitoring.

   At the station I transferred the digital images to the computer and placed them under
the case file.

Detective Gerardo Vallijo    211/7581



Prints-
Photos-1
Submittal-
Crime Scene-
Evidence Collection-
Lab Prep-
DNA Swab-


Approved Lt WRG #21 11-18-14



                                      SUPPLEMENTS

                                   Offense Narrative #1

         Date and Time Last Updated: 11/17/2014   09:09 Officer: BLASENGAME, WILLIAM C
```

Tosta, Darla R.



(33 year)

At 1300 hrs inmate Tosta stated that when they brought the new girl in, she was talking to Christina and holding her hand. Tosta stated that Chrisitina's hands were getting numb and Tosta was massaging them. After this Christina continued to talk to Tosta for a short period of time. At this point, approximately 5 minutes later, Tosta noticed that Christina's hand was blue in color and that she was not moving or talking. Tosta then knocked on the jail door and notified jailers of Christina's condition. Tosta then stated jailers came in, checked a pulse, laid her on the floor then called for assistance.

Written by CPT Blasengame for Darla Tosta.

TP7454




*SUPPLEMENTS*

*Offense Narrative #2*

Printed By:    ATTY                                                                PAGE 4
Printed Date:  12/09/2014
                        LAWTON POLICE DEPARTMENT
                              Offense Report
                        INCIDENT NUMBER: 201411523-00

Date and Time Last Updated: 11/17/2014  10:03 Officer: SELLERS, TERRY D.

On 11/14/14 I entered the jail section to begin my shift at approximately 0640 hours. When I entered the jail midnight shift informed me that inmate Tahhahwah, Christine has been acting out all night kicking and banging the bunk. Jailer Fisher stated they had to cuff her to the bars for her safety.

At approximately 0725 inmate was hitting and kicking the bunk so hard she could have injured herself or damage city property. Jail staff went to cell 26 and instructed the inmate to sit on the floor with her back against the bars. After a few minutes inmate complied and 2 pair of hand restraints, one for each was used to secure the inmate to the bars to stop he actions. Due to inmate's size her hands were placed through the bars in an overhand manner for least pain and discomfort. The restraints were checked by placing 1 finger between the cuff and restraints to assure they were not to tight.

At approximately 0825 the trustee knocked and stated Tahhahwah's hand was turning colors. I went to the cell and Tahhahwah had slid down on the floor causing the restraints to tighten around her hands. I removed inmate's cuffs and told her she needed to calm down and quit acting out.

At approximately 1148 inmate was again kicking and hitting the bunk hard enough to hurt herself or damage city property. Sgt's Adamson, L and Quisenberry came to the jail to assist staff in securing her to the bars again for her safety and stop her aggressive actions.

Inmate's hands were placed through the bars in an overhand position and she was cuffed to the bars using 2 pair of restraints by Jailer McMillion. I had Jailer McMillion check the restraints to assure they weren't too tight. I saw Jailer McMillion place a finger between the cuffs and arm on both hands.

At approximately 1302 hours the trustee watching cell block 4 knocked on the door. I was at the booking desk as was Jailer McMillion who had just finished printing 2 civilians. Jailer Stewart was escorting the civilians back downstairs.

The trustee knocked again so I went to the cell block and when I opened the door she said that Tahhahwah just went limp. She stated she had just been talking to her. I went to the cell and I saw Tahhahwah and slid down causing the cuffs to tighten around hands. I called for her and there was no response. At this time I went back to the booking desk and told McMillion who was still on the phone to get off and come with me. At this time Stewart was entering the jail so all three of us went to the cell block. As I was leaving the booking area I called dispatch on the radio and requested fire and ambulance and supervisors to the jail immediately. We entered the cell and removed the hand restraints and positioned her on her back. I immediately went to the booking desk and got the AED and returned to cell 26. I placed the AED patches on the inmate and it advised monitoring. The AED advised to start CPR so I started chest compressions. After several minutes of doing compressions I switched with Jailer McMillion who took over doing compressions. Just a few minutes later fire arrived and took over care. I exited the cell block and went to the booking desk.

TP7454

**Robinson v. City of Lawton**                                    COL 7816
**CIV-16-869-F USDC Western District**

```
Printed By:    ATTY                                                    PAGE 5
Printed Date:  12/09/2014
                         LAWTON POLICE DEPARTMENT
                              Offense Report
                      INCIDENT NUMBER: 201411523-00
```

*SUPPLEMENTS*

*Offense Narrative #3*

Date and Time Last Updated: 11/17/2014   09:46  Officer: STEWART, COREY

On 11/14/14 at approximately 1305 hrs LT. Sellers entered the booking room from the cell area and stated to me and Officer Stacey McMillion to come with him to the back to the girls cell block. When we entered the cell block I noticed inmate Tahhahwah, Christina appeared to be unconscious. Myself, Lt. Sellers, and Officer McMillion checked to see if she had a pulse no pulse was found. Lt. Sellers called for fire and ambulance and back up then went and got the AED. Officer McMillion and I removed the handcuffs from inmate Tahhahwah and laid her flat on the floor to check for a pulse. Lt. Sellers reentered the cell with the AED and connected it. the AED advised to perform CPR. Lt. Sellers started chest compressions and performed them until he was relieved by Officer McMillion. The fire department arrived and relieved Officer McMillion until the ambulance arrived.

TP7454

*SUPPLEMENTS*

*Offense Narrative #4*

Date and Time Last Updated: 11/17/2014   10:00  Officer: MCMILLION, STACEY L.

At approximately 1305 LT Sellers walked into the booking desk from the cellblock area and told me to get off the phone, we needed to go to the women's run. As we entered cellblock 4 and got to cell 26 inmate Tahhahwah, Christina was unconscious and appeared to not be breathing. CO Stewart and I both felt for a pulse and we could not feel one or see her breathing. LT Sellers then tried to find a pulse and couldn't find one. LT Sellers then called for fire, ambulance and department supervisors and went to the booking desk to get the AED. CO Stewart and I removed inmate Tahhahwah from hand restraints to lay her flat on the floor and tried again to feel for a pulse. LT Sellers then proceeded to place the pads on inmate Tahhahwah's chest at which time the AED advised to start chest compressions. After a few minutes we switched and I proceeded to do chest compressions. Shortly thereafter fire personnel arrived and entered the cell taking over care for Tahhahwah.

TP7454

*SUPPLEMENTS*

*Offense Narrative #5*

Date and Time Last Updated: 11/18/2014   12:01  Officer: KELLEY, MICHAEL

When I got up to the jail, CO's were trying to do CPR. LT. Sellers got the defibulator-AED- and placed the pads on Tahhahwah then continued CPR.

**Robinson v. City of Lawton**                                      **COL 7817**
**CIV-16-869-F USDC Western District**

```
Printed By:    ATTY                                                    PAGE 6
Printed Date:  12/09/2014
                         LAWTON POLICE DEPARTMENT
                              Offense Report
                    INCIDENT NUMBER: 201411523-00
```

Fire and EMS arrived and they worked on Tahhahwah. I followed the ambulance to CCMH.

The ER staff worked to revive Tahhahwah for some time. Approx. 1430-1445 Lt. Johnson advised me to go the jail and get Tahhahwah's belongings and she was going to be released. One of the nurses thought Tahhahwah may have had a heart attack, but didn't know.

TP7454

OFFENSE REPORT #201411523-00 REVIEWED BY

OFFENSE REPORT #201411523-00 APPROVED BY