## BOARD OF MEDICOLEGAL INVESTIGATIONS
## OFFICE OF THE CHIEF MEDICAL EXAMINER

**OFFICE USE ONLY**
Re
Co

Central Office
901 N. Stonewall
Oklahoma City, Oklahoma 73117
(405) 239-7141   Fax (405) 239-2430

Eastern Division
1115 West 17th
Tulsa, Oklahoma  74107
(918) 295-3400   Fax (918) 585-1549

I hereby certify that this is a true and correct copy of the original document. Valid only when copy bears imprint of the office seal.

By KY
Date 11-20-17

### REPORT OF INVESTIGATION BY MEDICAL EXAMINER

| DECEDENT First-Middle-Last Names (Please avoid use of initials) | Age | Birth Date | Race | Sex |
|---|---|---|---|---|
| CHRISTINA  TAHHAHWAH | 37 | [redacted] | AmINDIAN | F |

HOME ADDRESS - No. - Street, City, State
[redacted], ELGIN, OK

| EXAMINER NOTIFIED BY - NAME - TITLE (AGENCY, INSTITUTION, OR ADDRESS) | DATE | TIME |
|---|---|---|
| MEGAN GRANT @ COMANCHE COUNTY MEMORIAL | 11/17/2014 | 22:30 |

| INJURED OR BECAME ILL AT (ADDRESS) | CITY | COUNTY | TYPE OF PREMISES | DATE | TIME |
|---|---|---|---|---|---|
| LAWTON JAIL | LAWTON | COMANCHE | JAIL | 11/13/2014 | Unknown |
| LOCATION OF DEATH | CITY | COUNTY | TYPE OF PREMISES | DATE | TIME |
| COMANCHE COUNTY MEMORIAL | LAWTON | COMANCHE | HOSPITAL | 11/17/2014 | 22:10 |
| BODY VIEWED BY MEDICAL EXAMINER | CITY | COUNTY | TYPE OF PREMISES | DATE | TIME |
| 901 NORTH STONEWALL | OKLAHOMA CITY | OKLAHOMA | MORGUE | 11/18/2014 | 12:30 |

IF MOTOR VEHICLE ACCIDENT:   ☐ DRIVER   ☐ PASSENGER   ☐ PEDESTRIAN
TYPE OF VEHICLE:   ☐ AUTOMOBILE   ☐ LIGHT TRUCK   ☐ HEAVY TRUCK   ☐ BICYCLE   ☐ MOTORCYCLE   ☐ OTHER:

**DESCRIPTION OF BODY**

EXTERNAL PHYSICAL EXAMINATION

RIGOR: Jaw ☐ Complete ☐   Neck ☐ Absent ☐   Arms ☐ Passing ☐   Legs ☐ Passed ☐   Decomposed ☐

LIVOR: Color ☐   Lateral ☐   Posterior ☐   Anterior ☐   Regional ☐

EXTERNAL OBSERVATION:
Beard ___ Hair ___
Eyes: Color ___ Mustache ___
Opacities ___
Pupils: R ___ L ___
Body Length ___ Body Weight ___

NOSE ☐   MOUTH ☐   EARS ☐
BLOOD
OTHER ☐ ☐ ☐

Significant observations and injury documentations - (Please use space below)
SEE AUTOPSY PROTOCOL

**Probable Cause of Death:**
CARDIOMEGALY WITH ISCHEMIC CARDIOVASCULAR DISEASE

**Manner of Death:**
Natural ☐   Accident ☐
Suicide ☐   Homicide ☐
Unknown ☑   Pending ☐

**Case disposition:**
Autopsy   YES
Authorized by
Pathologist   CHRYSTAL CUTRER M.D.
Not a medical examiner case ☐

**Other Significant Medical Conditions:**
OBESITY, HYPERTENSION, PHYSICAL RESTRAINT IN LAW ENFORCEMENT CUSTODY

**MEDICAL EXAMINER:**
Name, Address and Telephone No.
CHRYSTAL CUTRER M.D.
901 N. STONEWALL
OKLAHOMA CITY, OK 73117

I hereby state that, after receiving notice of the death described herein, I conducted an investigation as to the cause and manner of death, as required by law, and that the facts contained herein regarding such death are true and correct to the best of my knowledge.

*Chrystal Cutrer MD* (Signature of Medical Examiner)
Computer generated report

CHRYSTAL CUTRER M.D.
1405132

2/20/2015  Date Signed
11/18/2014  Date Generated

CME-1 (REV 7-96)

**EXHIBIT 7**
COL   14896

| SCENE INFORMATION | DECEDENT: CHRISTINA TAHHAHWAH | | Case No. 1405132 |
|---|---|---|---|
| SCENE INVESTIGATION: Yes ☐ No ☑ | BODY IDENTIFIED BY: MEGAN GRANT (HOSPITAL STAFF) | | |
| ARRIVAL DATE: TIME: | LOCATION OF BODY: | CONDITION OF SCENE: | PHOTOS TAKEN BY: |

**POSITION OF BODY** (Note the type of surface the body is on, covering, etc..)

**CLOTHING** (list items)

**PERSONAL EFFECTS**

| ENVIRONMENTAL CONDITIONS: (Temp, Shade, Sunlight, Water, Etc.. | BODY TEMP / SITE TAKEN / | ROOM TEMP |
|---|---|---|

| RIGOR | JAW | NECK | ARMS | LEGS | ABDOMEN | COMPLETE |
|---|---|---|---|---|---|---|
| | ABSENT | RIGID | SOFT | PASSING | PASSED | DECOMP |

LIVOR COLOR: _____ FIXED ☐ NOT FIXED ☐ LATERAL ☐ ANTERIOR ☐ POSTERIOR ☐

PHYSICIAN: DR. OBININRO   LAST SEEN: ATTENDING   DR. CONTACTED: YES   BY WHOM: HOSPITAL STAF

MED HX: DIABETES AND SCHIZOPHRENIA

MEDICATIONS:

TYPE OF DEATH:
(Check all that apply)
- ☑ While in penal incarceration
- ☐ After unexplained coma
- ☐ During therapeutic procedure
- ☐ Death possible threat to public health
- ☑ Unattended during fatal illness
- ☐ Under suspicious circumstances*
- ☐ Violent, unusual or unnatural*
- *Means:

**Informant(s)** MEGAN GRANT @ COMANCHE COUNTY MEMORIAL

Narrative:
THE DECEDENT IS A 37 YEAR OLD AMERICAN INDIAN FEMALE WHO WAS BROUGHT TO COMANCHE COUNTY MEMORIAL ON 11/13/2014 AFTER SHE WAS FOUND UNRESPONSIVE IN THE LAWTON JAIL. ACCORDING TO HOSPITAL STAFF, THE DECEDENT WAS FOUND UNRESPONSIVE IN HER CELL WITH POSSIBLE BLOOD AROUND HER NOSE AND MOUTH. HOSPITAL STAFF COULD NOT INFORM ME AS TO WHETHER THE DECEDENT WAS IN HER CELL BY HERSELF. OCME WILL CONTACT THE LAWTON JAIL ON 11/18/2014 AND FIND OUT MORE INFORMATION. THERE IS NOT BELIEVED TO BE ANY TRAUMA OR FOUL PLAY ACCORDING TO HOSPITAL STAFF. THE DECEDENT HAS A HISTORY OF DIABETES AND SCHIZOPHRENIA. ACCORDING TO LAWTON JAIL, THE DECEDENT WAS BOOKED IN ON 11/13/2014. I WAS ALSO INFORMED BY LAWTON COUNTY JAIL, THE DECEDENT HAS BEEN TO THE JAIL MANY TIMES BEFORE AND HAS BEEN VERY DISRUPTIVE AND KICKS, BANGS, AND PUNCHES STAFF AND PROPERTY. LAWTON COUNTY JAIL ALSO INFORMED ME THAT WHEN AN INMATE BECOMES DISRUPTIVE AND IS KICKING AND PUNCHING, THEY HANDCUFF THE INMATE TO THE CELL BARS. ACCORDING TO LAWTON JAIL, THE DECEDENT WAS HANDCUFFED TO THE JAIL BARS. AT AROUND 0720 HOURS ON 11/13/2014 THE DECEDENT WAS FOUND TO BE SCOOTED FORWARD AWAY FROM THE BARS AND HER HANDS WERE TANGLED BEHIND HER BACK. JAIL OFFICIALS SCOOTED THE DECEDENT BACK INTO A BETTER POSITION. AT AROUND 1145 HOURS ON 11/13/2014 THE DECEDENT WAS AGAIN BANGING THINGS AND JAIL OFFICIALS PUT THE DECEDENT BACK AGAINST THE BARS. AT AROUND 1300 HOURS ON 11/13/2014, THE DECEDENT WAS TALKING TO A TRUSTEE WITH THE JAIL AND ABOUT 5 MINUTES LATER THE DECEDENT WENT UNRESPONSIVE. THE DECEDENT WAS FOUND BY JAIL STAFF TO BE SCOOTED FORWARD AGAIN AND LEANING TO HER SIDE. JAIL OFFICIALS OPENED THE CELL AND STARTED CARDIOPULMONARY RESUSCITATION AND HAD THE DECEDENT TRANSPORTED TO COMANCHE COUNTY MERMORAIL. I WAS ALSO INFORMED THAT THE DECEDENT'S FAMILY HAS STATED THEY WILL BE HAVING A PRIVATE AUTOPSY AS WELL.

DOCTOR: DR. OBININRO- ATTENDING DOCTOR

NOK: LAURA BELTRON (MOTHER) ███████████

FUNERAL HOME: COMANCHE NATION

Investigator: SCOTT MORRISON
Signature of Investigator

COL   14897