```
 1                  EDWARD JEROME TAHHAHWAH,
 2        having been duly sworn, testified as follows:
 3                      DIRECT EXAMINATION
 4   BY MS. FISHER:
 5        Q    Good morning, Mr. Tahhahwah.
 6        A    Good morning.
 7        Q    Could you please tell us your full name for
 8   the record?
 9        A    Edward Jerome Tahhahwah.
10        Q    Okay.  Can you spell Tahhahwah for the --
11        A    Yeah.  T-a-h-h-a-h-w-a-h.
12        Q    Okay.  And, Mr. Tahhahwah, I've been saying
13   Tahhahwah the whole time.
14        A    Yeah, that's the way.  That's the way.
15        Q    What is your date of birth?
16        A    August the 5th, 1931.
17        Q    How old are you?
18        A    86.
19        Q    Have you ever given a deposition before?
20        A    Prior to this?
21        Q    Yes.
22        A    No.
23        Q    Have you ever testified in a courtroom
24   before?
25        A    No.
```

```
 1   and when you get to that point and you're ready to do
 2   that, we'll do that.
 3        Q    (By Ms. Fisher) To your knowledge, did Lora
 4   ever use illegal drugs in Christina's presence?
 5        A    You asked that.
 6        Q    Okay.
 7        A    I thought I answered that.
 8        Q    Okay. I'm sorry. I was distracted. Did
 9   Lora drink alcohol?
10        A    Yes.
11        Q    Would you characterize her as an alcoholic?
12        A    No.
13        Q    Did she ever drink alcohol in Christina's
14   presence?
15        A    Now, what type of alcohol are you referring
16   to?
17        Q    Alcohol or -- as opposed to beer? Is that
18   what you're asking?
19        A    Yeah.
20        Q    Okay. Did she drink beer in Christina's
21   presence?
22        A    Yes.
23        Q    Are you aware, Mr. Tahhahwah, that Christina
24   accused her stepfather of molesting her from ages 5 to
25   11?
```

```
 1      A     Yes.
 2      Q     Okay.  Tell me what you know about that
 3  situation.
 4      A     Christina had told her mother that Antonio
 5  was molesting her.  Because he was -- he was
 6  watching -- babysitting her while her momma was at
 7  work.
 8      Q     Do you know if anyone ever reported that to
 9  the police officers or any authority?
10      A     Yes.  Lora had reported it to -- to the
11  police.  And we went -- we went so far as ready to go
12  to court when Antonio ran off.
13      Q     Okay.  Did Christina have any children,
14  Mr. Tahhahwah?
15      A     Yeah.  She got one.
16      Q     What's the child's name?
17      A     Ioleta.
18      Q     Is that spelled I-o-l-e-t-a?
19      A     Uh-huh.
20      Q     Is she named after your --
21      A     Her --
22      Q     -- ex-wife?
23      A     Yeah, her grandma.
24      Q     Your wife.  Do you know how old Ioleta is?
25      A     Yeah.  She's coming up to 13, I think I heard
```

```
 1     A     I said about, yeah.
 2     Q     And you said that you lived on 42nd Street
 3  about four or five years ago.  So Ioleta would have
 4  been born at that time; is that right?
 5     A     Nope.
 6     Q     Okay.
 7     A     My memory is bad.
 8     Q     That's okay.  You -- you don't remember
 9  Ioleta coming to visit Christina at the 42nd Street
10  address?
11     A     No.
12     Q     Okay.  Mr. Tahhahwah, who helped to take care
13  of Christina's financial needs?
14     A     I guess I was the sole -- I guess I was the
15  main one.
16     Q     Did you give Christina money?
17     A     Whenever she needed it, yeah.
18     Q     Christina received Social Security; is that
19  right?
20     A     Yeah.  Yeah.
21     Q     When you would give Christina money, what
22  would you give her money -- what did she use the money
23  for, to your knowledge?
24     A     Well, I'd say mainly for something to eat.
25     Q     Do you know if Christina ever bought drugs
```

1  she wanted to, not on a regular basis like she's
2  supposed to.
3      Q    Do you know if from August of 2014 to
4  November of 2014, before Anna called the police on
5  Christina, do you know if Christina had any issues
6  with her physical health?
7      A    No.  She didn't have no issues with her
8  physical health.
9      Q    Okay.  Had she had any other what you call
10 bipolar states from August of 2014 up until the time
11 that Anna called the police on Christina?  Had she had
12 any other bipolar episodes?
13     A    I don't remember.
14     Q    I'm going to draw your attention,
15 Mr. Tahhahwah, to November 11th, 2014.  This is three
16 days before Anna called the Lawton Police Department.
17 Okay?  The records indicate that there was a call to
18 the City of Lawton dispatch regarding Christina and
19 that she was located at 1006 Southwest 42nd Street.
20 That's where you lived with Christina at that time;
21 correct?
22     A    Uh-huh.
23     Q    That she was having a domestic issue with an
24 Uncle Mac Tahhahwah.  Now, Christina doesn't have an
25 uncle named Mac, does she?

```
 1   phone call to dispatch to report that Christina had
 2   thrown a cup of milk at her?  Did police officers come
 3   to your house?
 4       A    Yeah.
 5       Q    Do you remember how many police officers came
 6   to your house?
 7       A    I think there was only two.
 8       Q    Do you remember if they were male or female?
 9       A    They were both male.
10       Q    Do you remember their races, the races of the
11   police officers?
12       A    White.
13       Q    Both of them were white, you believe?
14       A    Yeah.  Uh-huh.
15       Q    Did you kick Christina out of the house after
16   she threw the cup of milk at Anna?
17       A    No.  I just told her to go out to the garage.
18       Q    Did you speak to the two police officers that
19   came to your house?
20       A    Yes.
21       Q    Okay.  Tell me what you told the police
22   officers.
23       A    I told them that Christina was going into a
24   bipolar state and that -- and ask them if they could
25   take her to Taliaferro.  I told them that Taliaferro
```

1  had all -- knew all about -- all about her and they
2  would take her in. And one of the officers said --
3  scratching his head, you know, and he said, well, we
4  can't take her in. She hasn't done nothing for us to
5  take her in. And he said, the only way we could take
6  her in is you'll have to file charges against her.
7  And I said, well, what kind of charges can I file
8  against her? And he said, well, he said, you can file
9  trespassing. Okay. And then they said, yeah, okay,
10 well, we'll sign the trespassing charges for you to
11 get her out. And I told them, would you -- would you
12 please take her to Taliaferro.
13     Q    Okay. Mr. Tahhahwah, I think we established
14 that Christina was calling 911 a number of times over
15 that night and the night before. Why didn't you take
16 her to Taliaferro before that?
17     A    In the first place, I didn't know she was
18 calling 911 until Anna called the police department.
19 And they were the ones that told Anna that Christina
20 had been calling 911 that whole night.
21     Q    Mr. Taliaferro (sic), I'm going to direct
22 your attention -- I'm sorry. Mr. Tahhahwah -- I've
23 said Taliaferro too many times. Mr. Tahhahwah, I'm
24 going to direct your attention back to that exhibit.
25 On page 21 -- well, no, actually -- on that page you

```
 1   to -- we had to file charges against her.
 2   Q    Okay.
 3   A    And I said, okay.  I said, what kind of
 4   charges can we file against her?  And the police
 5   officer said, well, you can file trespassing.
 6   Q    Okay.  And --
 7   A    And Anna said -- Anna said, okay, I'll
 8   file -- I'll file trespassing charges against her.
 9   Q    Okay.  In that statement, Anna writes, if you
10   will read along with me on that second page, "Jerome
11   Tahhahwah and Anna Chalepah invited Christina to come
12   stay with us while our house is being worked on.  She
13   came into our room asking for her charger.  I said we
14   did not have it, and she got up out of the chair and
15   threw a small cup of milk on me.  It got on my
16   clothes.  We asked her to leave and she refused."  Did
17   you ask Christina to leave?
18   A    Anna did.
19   Q    Anna asked Christina to leave?
20   A    Uh-huh.
21   Q    Did Christina refuse to leave?
22   A    Yes, she did.
23   Q    Did you --
24   A    That's when Anna said, well, I'm going to
25   call the police.
```

1    A    Now, why would I do that? That was the
2    police -- that's the police job once they left my
3    house.
4    Q    Were you not concerned about Christina --
5    A    Why, sure.
6    Q    -- since she's in a bipolar state?
7    A    Why, sure. But I had already asked them to
8    take her to Taliaferro and I assumed that's where they
9    were taking her. Because they didn't tell me where
10   they were taking her.
11   Q    Mr. Tahhahwah, when did you -- or did you
12   ever find out where Christina was taken that night by
13   the police officers?
14   A    No.
15   Q    When did you learn that Christina had --
16   was -- strike that.
17   Mr. Tahhahwah, who is Margie Robinson?
18   A    She's my granddaughter.
19   Q    She's your granddaughter?
20   A    Yeah.
21   Q    Who is her mother or father?
22   A    Her mother is Marie Blackstar.
23   Q    Who is her father? Who is Margie's father?
24   A    I don't know.
25   Q    Okay. Are you aware that Margie Robinson has

1   what time those first officers ever come out to the
2   house.
3       Q   Okay. But that wasn't my question. I'm just
4   saying, whenever it was, did they do the right thing
5   by coming there, checking on the situation and not
6   arresting her or anything else? Did they do anything
7   wrong?
8           MR. BOWERS: Object to the form.
9           THE WITNESS: No, they didn't.
10      Q   (By Mr. Hillis) Okay. What about the second
11  time they were called? Those officers that came out,
12  did they do anything wrong in your mind?
13      A   No, not that I can remember.
14      Q   What -- and I'm not talking about jailers
15  now. We're just talking about the police officers
16  that would have come out to see Christine. Which one
17  of those did something wrong that you know of?
18      A   Well, what they did wrong was not taking her
19  to Taliaferro like I requested them to do.
20      Q   Okay. Now, we talked about when she got
21  arrested, that you talked to those two officers and
22  you told them. Do you recall giving that testimony?
23      A   All I said to them was take her to Taliaferro
24  and that she was bipolar and Taliaferro -- Taliaferro
25  knew all about her condition.