EXHIBIT 12 – CD OF EXCERPT FROM JAIL VIDEO –

BOOKING VIDEO