IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   November 15, 2018

| | |
|---|---|
| MARGie M. ROBINSON, as the Personal Representative of the Estate of Christina Dawn Tahhahwah, Deceased,<br><br>    Plaintiff,<br><br>-vs-<br><br>THE CITY OF LAWTON, OKLAHOMA, et al.,<br><br>    Defendants. | Case No. CIV-16-869-F |

ENTER ORDER:

This case is **STRICKEN** from the court's December 4, 2018 trial docket and from the November 28, 2018 docket call.   The deadline for pretrial filings is likewise **STRICKEN**.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

            Carmelita Reeder Shinn, Clerk


            By:_____s/ Lori Gray_____
                Deputy Clerk

cc:   all parties

16-0869p031.docx